UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WAYNE MICHAEL REAVIS, JR.                                CIVIL ACTION

VERSUS                                                   NO. 16-16426

STATE OF LOUISIANA                                       SECTION: "F"(1)

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights claims are **DISMISSED** as malicious, frivolous, for failure to state a claim on which relief may be granted, and/or for seeking monetary damages against a defendant who is immune from such relief.

**IT IS FURTHER ORDERED** that plaintiff's federal habeas corpus claims, if any, are **DISMISSED WITHOUT PREJUDICE** due to his failure to exhaust his remedies in the state courts.

New Orleans, Louisiana, this  10th  day of     March     , 2017.

_____
UNITED STATES DISTRICT JUDGE